# EXHIBIT BB

# Provisionally Filed Under Seal